## 40066. GRANT v. THE STATE.

WELTNER, Justice.

John Thomas Grant, Jr. appeals his conviction and sentence to life imprisonment for the murder of Joseph Henry Kallas by means of a handgun. This is the companion case to *Tyler v. State,* 251 Ga. 381 (306 SE2d 263) (1983), wherein the circumstances of the case are fully set out.

Grant raises only one enumeration of error not addressed in *Tyler.* He contends that the trial court erred in allowing into evidence a color autopsy photograph of the murder victim.

This case was tried prior to our decision in *Brown v. State,* 250 Ga. 862 (302 SE2d 347) (1983), wherein we announced a rule relating to photographs displaying the results of autopsies.

We agree that the questioned photograph here would be inadmissible under *Brown.* That rule is prospective only, however, and we decline to hold its introduction to be reversible error.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 8, 1983.

*Richard E. Allen,* for appellant.

*Sam B. Sibley, Jr., District Attorney, Laurence G. Schmidt, Assistant District Attorney, Michael J. Bowers, Attorney General, Dennis R. Dunn, for appellee.*